```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
AUDREY RENEE BELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-047 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | CASE AND EXCLUDING TIME |
| v. | ) | |
| | ) | |
| AUDREY RENEE BELL, et.al. | ) | Date: May 8, 2007 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Stegman, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Audrey Bell, Joseph Ribakoff, Counsel for Sharon Hubbs, and Donald Dorfman, counsel for Terri Ross, that the status conference scheduled for May 8, 2007, be vacated and the matter recalendared for status conference on June 19, 2007.

This continuance is sought to permit further evaluation of discovery, and consideration of investigation, motions, and other aspects of defense preparation.  Counsel for the parties have conferred about this continuance and all counsel have authorized Mr. Staniels to

1  sign this stipulation on their behalf.
2  **IT IS FURTHER STIPULATED** that for trial under the Speedy Trial Act
3  continue to be excluded between May 8, 2007, 2007, and June 19, 2007,
4  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv), Local Code T-2
5  & T-4.
6  **IT IS SO STIPULATED.**

8  Dated:  May 4, 2007                    /S/ Matthew Stegman
                                          Matthew Stegman
9                                         Assistant United States Attorney
                                          Counsel for Plaintiff

11 Dated:  May 4, 2007                    /S/ Jeffrey L. Staniels
                                          JEFFREY L. STANIELS
12                                        Assistant Federal Defender
                                          Counsel for Defendant
13                                        AUDREY RENEE BELL

15 Dated:  May 4, 2007                    /S/ Joseph Ribakoff
                                          JOSEPH MEIR RIBAKOFF
16                                        Counsel for Sharon Hubbs

18 Dated:  May 4, 2007                    /S/ Donald Dorfman
                                          Donald P. Dorfman
19                                        Counsel for Terri Louise Ross

20                              **O R D E R**

22    **IT IS SO ORDERED.**
23                        By the Court,

25 Dated: May 4, 2007

                                          _____
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

Stipulation and Order Continuing
Case and Excluding Time                   2