DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AUDREY RENEE BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0047 LKK |
| Plaintiff, ) ) | |
| v. ) ) | ORDER EXCLUDING TIME |
| AUDREY RENEE BELL, et. al. ) ) | Judge:  Hon. Lawrence K. Karlton (In Chambers) |
| Defendant. ) ) | |

Following a status conference on June 19, 2007, the court granted the unopposed request for a continuance for the purpose of further discovery, investigation, and defense preparation, made by counsel for defendants Bell and Ross. Counsel for defendant Hubbs had advised the court by telephone that travel delay prevented his appearance.

This case was therefore scheduled for status conference on July 31, 2007 at 9:30 a.m. Time for trial under the Speedy Trial Act is excluded between June 19, 2007, and July 31, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv), Local Codes T-2 & T-4. With respect to defendant Hubbs, time is excluded between June 19, 2007, and July 31, 2007 pursuant to 18 U.S.C. § 3161(h)(3)(B)(7), Local Code R.

**IT IS SO ORDERED.**

By the Court,

Dated: June 21, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT