1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   AUDREY RENEE BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-047 |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | ) | Date: July 31, 2007 |
| AUDREY RENEE BELL, | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendants. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Stegman, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Audrey Bell, Joseph Meir Ribakoff, counsel for Sharon Denese Hubbs, and Donald P. Dorfman, counsel for Terri Louise Ross, that the status conference scheduled for July 31, 2007, be vacated and the matter continued for further status conference on this Court's criminal calendar on September 11, 2007, at 9:30 a.m.

This continuance is sought be the defense to permit continued investigation, review of documentary evidence, and other on-going

1  defense preparation.

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act continue to be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A)
4  & (B)(ii) & (iv), Local Codes T-2 & T-4.

5  **IT IS SO STIPULATED.**

7  Dated:  July 25, 2007                 /s/ Matthew Stegman
                                         MATTHEW STEGMAN
8                                        Assistant U.S. Attorney
                                         Counsel for Plaintiff

10
   Dated:  July 25, 2007                 /S/ Jeffrey L. Staniels
11                                       JEFFREY L. STANIELS
                                         Assistant Federal Defender
12                                       Attorney for Defendant
                                         AUDREY RENEE BELL

14 Dated:  July 25, 2007                 /S/ Joseph Meir Ribakoff
                                         Attorney for Defendant
15                                       SHARON DENESE HUBBS

17 Dated:  July 25, 2007                 /S/ Donald P. Dorfman
                                         Attorney for Defendant
18                                       TERRI LOUISE ROSS

20                                **O R D E R**

21
   **IT IS SO ORDERED.**
22
                          By the Court,

25
   Dated:  July 30, 2007
26                                       _____
                                         LAWRENCE K. KARLTON
27                                       SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT
28

Stipulation and Order Continuing
Case And Excluding Time          -2-