DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AUDREY RENEE BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>AUDREY RENEE BELL, et. al.  )<br>  )<br>Defendant.  )<br>_____  ) | No. 2:07-cr-0047 LKK<br><br>ORDER EXCLUDING TIME<br><br>Judge:   Hon. Lawrence K. Karlton<br>              (In Chambers) |

Following a status conference on September 11, 2007, the court granted the unopposed request for a continuance for the purpose of further discovery, investigation, and defense preparation, made by counsel for defendants Audrey Renee Bell and Sharon Denese Hubbs.

This case was therefore scheduled for further status conference on December 18, 2007, at 9:30 a.m.  Time for trial under the Speedy Trial Act is excluded between September 11, 2007, and December 18, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv), Local Codes T-2 & T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: September 12, 2007

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT