UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-07-47 LKK

    Plaintiff,

  v.                              O R D E R

AUDREY BELL, et al.,

    Defendants.
                                       /

    Joseph Ribakoff seeks to represent Sharon Hubbs at her sentencing and/or requests a hearing on the matter. Both requests are DENIED. Mr. Ribakoff is to promptly contact the Federal Defender's office for this district to arrange for representation for Ms. Hubbs.

    IT IS SO ORDERED.

    DATED: January 2, 2008

                                                      LAWRENCE K. KARLTON
                                                      SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT