1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   AUDREY RENEE BELL

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,      )  No. 2:07-cr-047
                                   )
13                    Plaintiff,   )  STIPULATION AND ORDER CONTINUING
                                   )  CASE AND EXCLUDING TIME
14       v.                        )
                                   )  Date:  January 23, 2008
15  AUDREY RENEE BELL,             )  Time:  9:30 a.m.
                                   )  Judge: Hon. Lawrence K. Karlton
16                    Defendants.  )
                                   )
17  _____)

18

19       **IT IS HEREBY STIPULATED** by and between Assistant United States

20  Attorney Matthew Stegman, counsel for Plaintiff, Assistant Federal

21  Defender Jeffrey L. Staniels, counsel for Audrey Bell, that the status

22  conference scheduled for January 23, 2008, be vacated and the matter

23  continued for further status conference on this Court's criminal

24  calendar on February 12, 2008, at 9:30 a.m.

25       This continuance is sought be the defense to permit continued

26  investigation, review of documentary evidence, and other on-going

27  defense preparation.

28       **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act continue to be excluded between January 23, 2008, and

2  February 12, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) &

3  (iv), Local Codes T-2 & T-4.

4      **IT IS SO STIPULATED.**

5

6  Dated:  January 22, 2008        /s/ Matthew Stegman
                                        MATTHEW STEGMAN

7                                          Assistant U.S. Attorney
                                        Counsel for Plaintiff

8

9  Dated:  January 22, 2008        /S/ Jeffrey L. Staniels

10                                         JEFFREY L. STANIELS
                                        Assistant Federal Defender

11                                         Attorney for Defendant
                                        AUDREY RENEE BELL

12

13

14                                  **O R D E R**

15

16     **IT IS SO ORDERED.**

17                             By the Court,

18

19

20 Dated: January 22, 2008

21                                       LAWRENCE K. KARLTON

22                                       SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

23

24

25

26

27

28

Stipulation and Order Continuing
Case And Excluding Time        -2-