```
                                              FILED
 1  LAWRENCE G. BROWN
    United States Attorney                   OCT 29 2009
 2  MATTHEW STEGMAN
    MICHAEL D. ANDERSON                    CLERK, U.S. DISTRICT COURT
 3  Assistant U.S. Attorneys              EASTERN DISTRICT OF CALIFORNIA
    501 I Street, Suite 10-100            BY_____
 4  Sacramento, California 95814                  DEPUTY CLERK
    Telephone: (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT
 9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,  ) CASE NO. CR. S-07-047 LKK
                               )
12              Plaintiff,     ) MOTION FOR ORDER PURSUANT TO 18
                               ) U.S.C. §§ 6002-6003 GRANTING
13       v.                    ) IMMUNITY AND REQUIRING TESTIMONY
                               )
14                             )
    AUDREY RENEE BELL,         ) DATE: October 27, 2009
15                             ) TIME: 10:30 a.m.
                Defendant.     ) CTRM: Hon. Lawrence K. Karlton
16  _____)
```

17       The United States of America hereby moves this
18  Honorable Court for an order compelling Evy Roshell Trezvant-
19  Graves to testify and produce evidence pursuant to the provisions
20  of Title 18, United States Code, Section 6001, et. seq., and
21  respectfully represents as follows:
22       1.   Evy Roshell Trezvant-Graves has been subpoenaed to
23  testify as a witness before the court beginning on October 27,
24  2009 within this District;
25       2.   The United States Attorney's Office has learned
26  that Ms. Trezvant-Graves would refuse to answer any questions
27  before the Court, invoking her constitutional privilege against
28  self-incrimination;

3. In the judgment of Lawrence G. Brown, United States Attorney, the testimony of Evy Roshell Trezvant-Graves is necessary to the public interest;

4. Jason M. Weinstein, a Deputy Assistant Attorney General, has approved this application for an order instructing Evy Roshell Trezvant-Graves to testify pursuant to 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a).

WHEREFORE, pursuant to the provisions of 18 U.S.C §§ 6002-6003 the United States of America requests that the Court order Evy Roshell Trezvant-Graves to give testimony and produce all evidence relating to all matters within her knowledge about which she may be interrogated before said Court.

In support of this motion, the United States of America submits herewith the attached Memorandum of Points and Authorities and the Declaration of Assistant U.S. Attorneys Matt Stegman and Michael D. Anderson.

## I.  Points and Authorities

The immunity provisions of Title 18, United States Code, Section 6002, et seq., provide in pertinent part as follows:

Section 6002

> Whenever a witness refuses, on the basis of his privilege against self-incrimination, to testify or provide other information in a proceeding before or ancillary to -
> (1) a court or grand jury of the United States...,
> and the person presiding over the proceeding communicates to the witness an order issued under this title, the witness may not refuse to comply with the order on the basis of his privilege against self-incrimination; but no

```
        testimony or other information compelled
        under the order (or any information directly
        or indirectly derived from such testimony or
        other information) may be used against the
        witness in any criminal case, except a
        prosecution for perjury, giving a false
        statement, or otherwise failing to comply
        with the order.
```

Section 6003

```
        (a) In the case of any individual who
        has been or may be called to testify or
        provide other information at any proceeding
        before or ancillary to a court of the United
        States or a grand jury of the United States,
        the United States district court for the
        judicial district in which the proceeding is
        or may be held shall issue, in accordance
        with subsection (b) of this section, upon the
        request of the United States attorney for
        such district, an order requiring such
        individual to give testimony or provide other
        information which he refuses to give or
        provide on the basis of his privilege against
        self-incrimination, such order to become
        effective as provided in section 6002 of this
        part.

        (b) A United States attorney may, with
        the approval of the Attorney General, the
        Deputy Attorney General, the Associate
        Attorney General, or any designated Assistant
        Attorney General or Deputy Assistant Attorney
        General, request an order under subsection
        (a) of this section when in his judgment
            (1)  the testimony or other information
        from such individual may be necessary to the
        public interest; and
            (2)  such individual has refused or is
        likely to refuse to testify or provide other
        information on the basis of his privilege
        against self-incrimination.
```

The aforesaid statute is valid and constitutional, and orders issued pursuant thereto are likewise valid. <u>United States v. Kastigar</u>, 406 U.S. 441 (1972).

**II.  DECLARATION OF ASSISTANT U.S. ATTORNEY MATT STEGMAN**

I, Matthew Stegman, declare as follows:

3

1. I am an Assistant United States Attorney for the Eastern District of California.

2. I have advised United States Attorney Lawrence G. Brown that Evy Roshell Trezvant-Graves will be called to testify before this Court. The subpoena calls for Ms. Trezvant-Grave's appearance for a trial beginning October 27, 2009. I have further advised Mr. Brown that Ms. Trezvant-Grave will be questioned regarding her dealings with Audrey Bell.

3. I have presented the facts of the trial proceedings to Mr. Brown, and in his judgment Evy Roshell Trezvant-Graves would refuse to testify before the Grand Jury, and her testimony is necessary to the public interest.

4. An authorized Deputy Assistant Attorney General of the United States has approved the Application for an Order instructing witness Evy Roshell Trezvant-Graves to testify and produce evidence under the provisions of 18 U.S.C. §6003 and 28 C.F.R. §0.175(a). A copy of the letter from Jason M. Weinstein, Deputy Assistant Attorney General, Criminal Division, Department of Justice, expressing said approval is attached hereto as Exhibit "A."

I declare under penalty of perjury that the foregoing is true and correct.

### III. Proposed Order

On motion of Lawrence G. Brown, the United States Attorney for the Eastern District of California, by and through Matthew Stegman, Assistant United States Attorney, and Michael D. Anderson, Assistant United States Attorney, and it appearing to

4

the satisfaction of the Court for the Eastern District of California:

    1. That Evy Roshell Trazvant-Graves has been subpoenaed as a witness to testify before this Court beginning October 27, 2009; and

    2. That in the judgment of said United States Attorney, said Evy Roshell Trazvant-Graves is likely to refuse to testify or provide other information on the basis of her privilege against self-incrimination; and

    3. That in the judgment of the said United States Attorney, the testimony or other information from said Evy Roshell Trazvant-Graves may be necessary to the public interest; and

    4. That the aforesaid motion filed herein has been made with the approval of an authorized Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. §6003, and 28 C.F.R. §0.175(a).

    NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. §6002 that Evy Roshell Trazvant-Graves give testimony or provide other information which she refuses to give or to provide on the basis of her privilege against self-incrimination as to all matters about which she may be interrogated in the course of this proceeding.

    IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Evy Roshell Trazvant-Graves in

1  any criminal case, except that Evy Roshell Trazvant-Graves shall
2  not be exempted by this order from prosecution for perjury,
3  giving a false statement pursuant to this order, or otherwise
4  failing to comply with this order, and that immunity granted
5  herein is co-extensive with 18 U.S.C § 6002.
6          IT IS FURTHER ORDERED that a copy of this Order and the
7  accompanying supporting materials shall be provided to Evy
8  Roshell Trazvant-Graves and her attorney for their use, and that
9  this order is effective as of October ____, 2009.

12 DATED: October 27, 2009

15                                   United States District Judge

18 DATED: OCTOBER 26, 2009

19                                   Respectfully submitted,
20                                   LAWRENCE G. BROWN
                                     United States Attorney

                                     By
23                                   MATTHEW STEGMAN
                                     Assistant U.S. Attorney

25                                   By
                                     MICHAEL D. ANDERSON
26                                   Assistant U.S. Attorney