1   LAWRENCE G. BROWN
    United States Attorney
2   MATTHEW STEGMAN
    MICHAEL D. ANDERSON
3   Assistant U.S. Attorneys
    501 I Street, Suite 10-100
4   Sacramento, California 95814
    Telephone: (916) 554-2700
5



**FILED**

OCT 2 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   ) CASE NO. CR. S-07-047 LKK
                                )
12                  Plaintiff,  ) MOTION FOR ORDER PURSUANT TO 18
                                ) U.S.C. §§ 6002-6003 GRANTING
13      v.                      ) IMMUNITY AND REQUIRING TESTIMONY
                                )
14                              )
    AUDREY RENEE BELL,          ) DATE: October 27, 2009
15                              ) TIME: 10:30 a.m.
                    Defendant.  ) CTRM: Hon. Lawrence K. Karlton
16  _____  )

17          The United States of America hereby moves this

18  Honorable Court for an order compelling Craig C. Keoshian, M.D.,

19  to testify and produce evidence pursuant to the provisions of

20  Title 18, United States Code, Section 6001, et. seq., and

21  respectfully represents as follows:

22          1.   Dr. Craig C. Keoshian has been subpoenaed to

23  testify as a witness before the court beginning October 27, 2009

24  within this District;

25          2.   The United States Attorney's Office has learned

26  that Dr. Keoshian would refuse to answer any questions before the

27  Court, invoking his constitutional privilege against self-

28  incrimination;

1        3.   In the judgment of Lawrence G. Brown, United States
2   Attorney, the testimony of Dr. Keoshian is necessary to the
3   public interest;

4        4.   Jason M. Weinstein, a Deputy Assistant Attorney
5   General, has approved this application for an order instructing
6   Dr. Keoshian to testify pursuant to 18 U.S.C. § 6003(b) and 28
7   C.F.R. § 0.175(a).

8        WHEREFORE, pursuant to the provisions of 18 U.S.C §§
9   6002-6003 the United States of America requests that the Court
10  order Dr. Keoshian to give testimony and produce all evidence
11  relating to all matters within his knowledge about which he may
12  be interrogated before said Court.

13       In support of this motion, the United States of America
14  submits herewith the attached Memorandum of Points and
15  Authorities and the Declaration of Assistant U.S. Attorneys
16  Matthew Stegman and Michael D. Anderson.

17

18                    **I. Points and Authorities**

19       The immunity provisions of Title 18, United States Code,
20  Section 6002, et seq., provide in pertinent part as follows:

21       Section 6002

22
                    Whenever a witness refuses, on the basis
23              of his privilege against self-incrimination,
                to testify or provide other information in a
24              proceeding before or ancillary to -
                    (1)  a court or grand jury of the United
25              States...,
                and the person presiding over the proceeding
26              communicates to the witness an order issued
                under this title, the witness may not refuse
27              to comply with the order on the basis of his
                privilege against self-incrimination; but no
28              testimony or other information compelled

                               2

under the order (or any information directly
or indirectly derived from such testimony or
other information) may be used against the
witness in any criminal case, except a
prosecution for perjury, giving a false
statement, or otherwise failing to comply
with the order.

Section 6003

(a) In the case of any individual who
has been or may be called to testify or
provide other information at any proceeding
before or ancillary to a court of the United
States or a grand jury of the United States,
the United States district court for the
judicial district in which the proceeding is
or may be held shall issue, in accordance
with subsection (b) of this section, upon the
request of the United States attorney for
such district, an order requiring such
individual to give testimony or provide other
information which he refuses to give or
provide on the basis of his privilege against
self-incrimination, such order to become
effective as provided in section 6002 of this
part.

(b) A United States attorney may, with
the approval of the Attorney General, the
Deputy Attorney General, the Associate
Attorney General, or any designated Assistant
Attorney General or Deputy Assistant Attorney
General, request an order under subsection
(a) of this section when in his judgment
          (1)  the testimony or other information
from such individual may be necessary to the
public interest; and
          (2)  such individual has refused or is
likely to refuse to testify or provide other
information on the basis of his privilege
against self-incrimination.

The aforesaid statute is valid and constitutional, and

orders issued pursuant thereto are likewise valid.  United States

v. Kastigar, 406 U.S. 441 (1972).


## II.  Declaration of Assistant U.S. Attorney Matthew Stegman

I, Matthew Stegman, declare as follows:

3

1          1.   I am an Assistant United States Attorney for the
2    Eastern District of California.

3          2.   I have advised United States Attorney Lawrence G.
4    Brown that Craig C. Keoshian, M.D. will be called to testify
5    before this Court.  The subpoena calls for Dr. Craig C.
6    Keoshian's appearance for a trial beginning October 27, 2009.  I
7    have further advised Mr. Brown that Dr. Craig C. Keoshian will be
8    questioned regarding his dealings with Audrey Bell.

9          3.   I have presented the facts of the trial proceedings
10   to Mr. Brown, and in his judgment Dr. Craig C. Keoshian would
11   refuse to testify before the Grand Jury, and his testimony is
12   necessary to the public interest.

13         4.   An authorized Deputy Assistant Attorney General of
14   the United States has approved the Application for an Order
15   instructing witness Dr. Craig C. Keoshian to testify and produce
16   evidence under the provisions of 18 U.S.C. §6003 and 28 C.F.R.
17   §0.175(a).  A copy of the letter from Jason M. Weinstein, Deputy
18   Assistant Attorney General, Criminal Division, Department of
19   Justice, expressing said approval is attached hereto as Exhibit
20   "A."

21         I declare under penalty of perjury that the foregoing
22   is true and correct.

23

24                        **III.  Proposed Order**

25        On motion of Lawrence Brown, the United States Attorney for
26   the Eastern District of California, by and through Matthew
27   Stegman, Assistant United States Attorney, and Michael D.
28   Anderson, Assistant United States Attorney, and it appearing to

                                   4

1 the satisfaction of the Court for the Eastern District of
2 California:

3        1.   That Craig C. Keoshian, M.D., has been subpoenaed
4 as a witness to testify before this Court beginning October 27,
5 2009; and

6        2.   That in the judgment of said United States
7 Attorney, said Dr. Craig C. Keoshian is likely to refuse to
8 testify or provide other information on the basis of his
9 privilege against self-incrimination; and

10       3.   That in the judgment of the said United States
11 Attorney, the testimony or other information from said Dr. Craig
12 .C. Keoshian may be necessary to the public interest; and

13       4.   That the aforesaid motion filed herein has been
14 made with the approval of an authorized Deputy Assistant Attorney
15 General of the Criminal Division of the Department of Justice,
16 pursuant to the authority vested in him by 18 U.S.C. §6003, and
17 28 C.F.R. §0.175(a).

18       NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C.
19 §6002 that Dr. Craig C. Keoshian give testimony or provide other
20 information which he refuses to give or to provide on the basis
21 of his privilege against self-incrimination as to all matters
22 about which he may be interrogated in the course of this
23 proceeding.

24       IT IS FURTHER ORDERED that no testimony or other
25 information compelled under this order, or any information
26 directly or indirectly derived from such testimony or other
27 information, shall be used against Dr. Craig C. Keoshian in any
28 criminal case, except that Dr. Craig C. Keoshian shall not be

5

exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C § 6002.

IT IS FURTHER ORDERED that a copy of this Order and the accompanying supporting materials shall be provided to Dr. Craig C. Keoshian and his attorney for their use, and that this order is effective as of October **29**, 2009.

DATED: October **29**, 2009

_____
United States District Judge

DATED: OCTOBER 26, 2009

Respectfully submitted,

LAWRENCE G. BROWN
United States Attorney

By _____
MATTHEW STEGMAN
Assistant U.S. Attorney

By _____
MICHAEL D. ANDERSON
Assistant U.S. Attorney