LAWRENCE G. BROWN
United States Attorney
MATTHEW STEGMAN
MICHAEL D. ANDERSON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700



**FILED**

OCT 29 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR. S-07-047 LKK |
| | ) |
| Plaintiff, | ) MOTION FOR ORDER PURSUANT TO 18 |
| | ) U.S.C. §§ 6002-6003 GRANTING |
| v. | ) IMMUNITY AND REQUIRING TESTIMONY |
| | ) |
| AUDREY RENEE BELL, | ) DATE: October 27, 2009 |
| | ) TIME: 10:30 a.m. |
| Defendant. | ) CTRM: Hon. Lawrence K. Karlton |
| | ) |

The United States of America hereby moves this
Honorable Court for an order compelling Christine M. Rosario to
testify and produce evidence pursuant to the provisions of Title
18, United States Code, Section 6001, et. seq., and respectfully
represents as follows:

    1.   Christine M. Rosario has been subpoenaed to testify
as a witness before the court beginning October 27, 2009 within
this District;

    2.   The United States Attorney's Office has learned
that Christine M. Rosario would refuse to answer any questions
before the Court, invoking her constitutional privilege against
self-incrimination;

1       3.   In the judgment of Lawrence G. Brown, United States
2  Attorney, the testimony of Christine M. Rosario is necessary to
3  the public interest;

4       4.   Jason M. Weinstein, a Deputy Assistant Attorney
5  General, has approved this application for an order instructing
6  Christine M. Rosario to testify pursuant to 18 U.S.C. § 6003(b)
7  and 28 C.F.R. § 0.175(a).

8       WHEREFORE, pursuant to the provisions of 18 U.S.C §§
9  6002-6003 the United States of America requests that the Court
10 order Christine M. Rosario to give testimony and produce all
11 evidence relating to all matters within her knowledge about which
12 she may be interrogated before said Court.

13      In support of this motion, the United States of America
14 submits herewith the attached Memorandum of Points and
15 Authorities and the Declaration of Assistant U.S. Attorneys
16 Matthew Stegman and Michael D. Anderson.

17

18              **I.  Points and Authorities**

19
The immunity provisions of Title 18, United States Code, Section
20
6002, et seq., provide in pertinent part as follows:
21
       Section 6002
22

23              Whenever a witness refuses, on the basis
             of his privilege against self-incrimination,
24           to testify or provide other information in a
             proceeding before or ancillary to -
25                (1)  a court or grand jury of the United
             States...,
26           and the person presiding over the proceeding
             communicates to the witness an order issued
27           under this title, the witness may not refuse
             to comply with the order on the basis of his
28           privilege against self-incrimination; but no

                              2

testimony or other information compelled
under the order (or any information directly
or indirectly derived from such testimony or
other information) may be used against the
witness in any criminal case, except a
prosecution for perjury, giving a false
statement, or otherwise failing to comply
with the order.

Section 6003

(a) In the case of any individual who
has been or may be called to testify or
provide other information at any proceeding
before or ancillary to a court of the United
States or a grand jury of the United States,
the United States district court for the
judicial district in which the proceeding is
or may be held shall issue, in accordance
with subsection (b) of this section, upon the
request of the United States attorney for
such district, an order requiring such
individual to give testimony or provide other
information which he refuses to give or
provide on the basis of his privilege against
self-incrimination, such order to become
effective as provided in section 6002 of this
part.

(b) A United States attorney may, with
the approval of the Attorney General, the
Deputy Attorney General, the Associate
Attorney General, or any designated Assistant
Attorney General or Deputy Assistant Attorney
General, request an order under subsection
(a) of this section when in his judgment
        (1)  the testimony or other information
from such individual may be necessary to the
public interest; and
        (2)  such individual has refused or is
likely to refuse to testify or provide other
information on the basis of his privilege
against self-incrimination.

The aforesaid statute is valid and constitutional, and

orders issued pursuant thereto are likewise valid.  <u>United States</u>

<u>v. Kastigar</u>, 406 U.S. 441 (1972).

**II.  <u>Declaration of Assistant U.S. Attorney Matthew Stegman</u>**

I, Matthew Stegman, declare as follows:

3

1          1.   I am an Assistant United States Attorney for the
2   Eastern District of California.

3          2.   I have advised United States Attorney Lawrence G.
4   Brown that Christine M. Rosario will be called to testify before
5   this Court.   The subpoena calls for Christine M. Rosario's
6   appearance for a trial beginning October 27, 2009.   I have
7   further advised Mr. Brown that Christine M. Rosario will be
8   questioned regarding her dealings with Audrey Bell.

9          3.   I have presented the facts of the trial proceedings
10  to Mr. Brown, and in his judgment Christine M. Rosario would
11  refuse to testify before the Grand Jury, and her testimony is
12  necessary to the public interest.

13         4.   An authorized Deputy Assistant Attorney General of
14  the United States has approved the Application for an Order
15  instructing witness Berry Ross to testify and produce evidence
16  under the provisions of 18 U.S.C. §6003 and 28 C.F.R. §0.175(a).
17  A copy of the letter from Jason M. Weinstein, Deputy Assistant
18  Attorney General, Criminal Division, Department of Justice,
19  expressing said approval is attached hereto as Exhibit "A."

20         I declare under penalty of perjury that the foregoing
21  is true and correct.

22

23                       **III.  Proposed Order**

24     On motion of Lawrence Brown, the United States Attorney for
25  the Eastern District of California, by and through Matthew
26  Stegman, Assistant United States Attorney, and Michael D.
27  Anderson, Assistant United States Attorney, and it appearing to
28  the satisfaction of the Court for the Eastern District of

                                4

California:

        1.   That Christine M. Rosario has been subpoenaed as a witness to testify before this Court beginning October 27, 2009 ; and

        2.   That in the judgment of said United States Attorney, said Christine M. Rosario is likely to refuse to testify or provide other information on the basis of her privilege against self-incrimination; and

        3.   That in the judgment of the said United States Attorney, the testimony or other information from said Berry Ross may be necessary to the public interest; and

        4.   That the aforesaid motion filed herein has been made with the approval of an authorized Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. §6003, and 28 C.F.R. §0.175(a).

        NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. §6002 that Christine M. Rosario give testimony or provide other information which she refuses to give or to provide on the basis of her privilege against self-incrimination as to all matters about which she may be interrogated in the course of this proceeding.

        IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Christine M. Rosario in any criminal case, except that Christine M. Rosario shall not be exempted by this order from prosecution for perjury, giving a

1 | false statement pursuant to this order, or otherwise failing to
2 | comply with this order, and that immunity granted herein is co-
3 | extensive with 18 U.S.C § 6002.

4 |    IT IS FURTHER ORDERED that a copy of this Order and the
5 | accompanying supporting materials shall be provided to Christine
6 | M. Rosario and her attorney for their use, and that this order is
7 | effective as of October 29, 2009.

8 |
9 |
10 | DATED: October 29, 2009

11 |
12 |
13 |       United States District Judge

14 |
15 |
16 |
17 | DATED: OCTOBER 26, 2009

18 |       Respectfully submitted,

19 |       LAWRENCE G. BROWN
20 |       United States Attorney

21 |
22 | By      
      MATTHEW STEGMAN
      Assistant U.S. Attorney

23 |
24 | By      
25 |       MICHAEL D. ANDERSON
      Assistant U.S. Attorney

26 |
27 |
28 |