UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

AUDREY BELL, et al.,

        Defendants.

NO. CR. S-07-47 LKK

O R D E R

/

    The concurrently filed memorandum is SEALED, and shall be accessible solely by defendant Bell's attorney. Local Rule 141.

    IT IS SO ORDERED.

    DATED: March 17, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1