**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
**AUDREY RENEE BELL**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    vs.<br><br>AUDREY RENEE BELL,<br><br>                  Defendant. | Case No. CR S 07-0047 LKK<br><br>**STIPULATION AND ORDER TO EXTEND VOLUNTARY SURRENDER DATE** |

      It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew Stegman, Assistant United States Attorney, and Defendant, AUDREY BELL, through her counsel of record, Joseph J. Wiseman, that Defendant's voluntary surrender date of October 29, 2010, be extended to December 10, 2010 at 2:00 p.m.  The undersigned are entering into this stipulation and requesting this continuance to provide Defendant additional time to continue an ongoing medical evaluation.

      Defendant BELL has been designated to serve her 60-month federal prison sentence at FCI Victorville, Medium II, in Victorville, California. On August 24, 2010, BELL's physician ordered her to undergo an ultra sound for a recently discovered lesion on her breast, due to BELL's strong family history of breast cancer. Following the ultrasound, BELL's physician referred her to a specialist, who has scheduled her for a biopsy. The biopsy is scheduled for

November 11, 2010. A copy of the physician's order is attached as Exhibit A. BELL will require a post-surgery examination two weeks following the procedure and has tentatively scheduled this appointment for November 29, 2010.

      It would be beneficial to BELL to have the biopsy and post-surgery examination completed before she reports to FCI Victorville. It will also aid the Bureau of Prisons in its medical assessment of BELL, if she arrives with a diagnosis and treatment plan, if needed.

      Therefore, Defendant requests the Court grant this request to extend her voluntary surrender date.

Dated: October 26, 2010        Respectfully submitted,

                                    JOSEPH J. WISEMAN, P.C.
                                    By:   /s/ Joseph J. Wiseman
                                          JOSEPH J. WISEMAN
                                          Attorney for Defendant
                                          AUDREY BELL

Dated: October 26, 2010        BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:   /s/ Matthew Stegman
                                          MATTHEW STEGMAN, AUSA
                                          Attorney for Plaintiff
                                          UNITED STATES OF AMERICA

**ORDER**

      A request to extend the time for voluntary surrender having been presented to the Court and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant, AUDREY BELL, shall self-surrender at FCI Victorville, Medium II facility, as designated by the Bureau of Prisons, on or before **December 10, 2010**.  The Court is granting defendant's request to provide Defendant additional time to continue an ongoing medical evaluation.

Dated: October 27, 2010

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT